IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) ) ) ) ) | CIVIL ACTION NO.  JURY TRIAL DEMAND |
| SMILEY DENTAL MANAGEMENT CO., LLC & SMILEY DENTAL WALNUT, PLLC | ) ) ) ) | |
| Defendants. | ) ) | |

## NATURE OF ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of pregnancy and to provide appropriate relief to Jassmin Fernandez. As alleged with greater particularity below, the Commission alleges that Defendants, Smiley Dental Management Co., LLC, and Smiley Dental Walnut, PLLC (hereafter "Defendants"), violated Title VII by terminating Jassmin Fernandez's employment based on her sex, female, because of her pregnancy.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §451, 1331, 1337, 1343, 1345. This action is authorized and instituted pursuant to Section 706(1)(f) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C §2000e-5(f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

1

2. The employment practice alleged to be unlawful was committed within the jurisdiction of the United States District Court for the Northern District of Texas, Dallas Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ("Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Smiley Dental Management Co., LLC, and Smiley Dental Walnut, PLLC (hereinafter referred to collectively as "Defendant Employer") have operated as a single employer and/or integrated enterprise. Evidence of their operation as an integrated enterprise includes but is not limited to the following:

(a) Smiley Dental Management Co., LLC, and Smiley Dental Walnut, PLLC share common ownership and common management, with Lynh Pham, DDS serving as the Director of both entities.

(b) Smiley Dental Management Co., LLC, and Smiley Dental Walnut, PLLC have the same principal office and place of business address listed with the Texas Secretary of State.

(c) Smiley Dental Management Co., LLC, and Smiley Dental Walnut, PLLC have centralized control of labor relations and personnel issues.

5. At all relevant times, Defendant Employer has continuously been and is now doing business in the state of Texas and the city of Dallas, and has continuously had at least fifteen employees.

6. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

7. More than thirty days prior to the institution of this lawsuit, Jassmin Fernandez filed a charge of discrimination with the Commission alleging a violation of Title VII.

8. On June 5, 2018, the Commission issued to Defendant Employer a Letter of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant Employer to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

9. The Commission engaged in communications with Defendant Employer to provide Defendant Employer the opportunity to remedy the discriminatory practices described in the Letter of Determination.

10. The Commission was unable to secure from Defendant Employer a conciliation agreement acceptable to the Commission.

11. On June 22, 2018, the Commission issued to Defendant Employer a Notice of Failure of Conciliation advising Defendant Employer that the Commission was unable to secure from Defendant Employer a conciliation agreement acceptable to the Commission.

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

13. Since at least 2017, Defendant Employer has engaged in unlawful employment practices in violation of sections 701(k) and 703(a)(1) of Title VII, 42 U.S.C. §§ 2000e-(k) and 2000e-2(a)(1) by terminating Jassmin Fernandez's employment because of her pregnancy.

14. Jassmin Fernandez was hired by Defendant Employer on or about May 6, 2017, to work as a Front Desk Receptionist at its office on Walnut Street in Garland, Texas.

15. On or about June 5, 2017, Jassmin Fernandez informed Defendant Employer's Human Resources Representative that she was pregnant and asked about maternity benefits. The Human Resources Representative instructed Ms. Fernandez to inform her supervisor that she was pregnant, which she did shortly thereafter.

16. When Ms. Fernandez told her supervisor that she was pregnant, her supervisor told her that she would no longer train Ms. Fernandez since she was going to be absent for her upcoming maternity. Defendant Employer terminated Ms. Fernandez's employment when her supervisor told her that her last day of work would be June 9, 2017.

17. The effect of the practices complained of in paragraphs 13-16 above has been to deprive Jassmin Fernandez of equal employment opportunities and otherwise adversely affect her status as an employee based on her sex, female, because of her pregnancy.

18. The unlawful employment practices complained of in paragraphs 13-16 above were intentional.

19. The unlawful employment practices complained of in paragraphs 13-16 above were done with malice or with reckless indifference to the federally protected rights of Jassmin Fernandez.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of pregnancy.

    B.    Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for pregnant women and which eradicate the effects of its past and present unlawful employment practices.

    C.    Order Defendant Employer to make whole Jassmin Fernandez by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

    D.    Order Defendant Employer to make whole Jassmin Fernandez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 13-16 above, including but not limited to medical expenses, in amounts to be determined at trial.

    E.    Order Defendant Employer to make whole Jassmin Fernandez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 13-16 above, including but not limited to humiliation, emotional pain and suffering, stress, inconvenience, and loss of enjoyment of life, in amounts to be determined at trial.

    F.    Order Defendant Employer to pay Jassmin Fernandez punitive damages for the malicious and reckless conduct described in paragraphs 13-16 above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES LEE
Acting General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas State Bar No. 14009470

/s/ Meaghan L. Kuelbs
MEAGHAN L. KUELBS
Texas Bar No. 24105277

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
(TEL)  (214) 253-2746
(FAX) (214) 253-2749